# Unclaimed Funds

Entered 9/9/2014 to 9/9/2014

| Case No./Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 08-15775 -wch<br>19344843 | CAPITAL ONE<br>6125 LAKEVIEW RD, SUITE 800<br>CHARLOTTE, NC 28269-2605<br>28269-2605 | 32.03 | 09/09/2014 |
| 08-16590 -jnf<br>19365344 | MARIANO & ROBIN PIMENTAL<br>51 PLAIN ST<br>TAUNTON, MA 02780<br>02780 | 8.00 | 09/09/2014 |
| 08-16837 -fjb<br>16743290 | Complete Credit Solutions<br>2921 Brown Trail<br>Suite 100<br>Bedford, TX 76021-4174<br>76021-4174 | 3.43 | 09/09/2014 |
| 08-18984 -jnf<br>16756852 | William H. Wirta<br>100 Westchester Drive<br>Canton, MA 02021 | 33.56 | 09/09/2014 |
| 09-13584 -jnf<br>16988935 | Ocwen Loan Servicing<br>Attn: Cashiering Department<br>P.O. Box 785053<br>Orlando, FL 32878-5053<br>32878-5053 | 649.37 | 09/09/2014 |
| 09-17803 -fjb<br>17109341 | Household Credit Services<br>c/o Howard Lee Schiff, Esq.<br>340 Main Street, Suite 959<br>Worcester, MA 01608<br>01608 | 68.88 | 09/09/2014 |
| 09-20166 -fjb<br>19365345 | MICHAEL J WYATT<br>36 MAPLE ST<br>TAUNTON, MA 02780<br>02780 | 4.00 | 09/09/2014 |
| 09-21621 -wch<br>17274149 | First Citizens Federal Credit Union<br>200 Mill Rd., Suite 100 | 1.96 | 09/09/2014 |

| Case | Payee | Amount | Date |
|---|---|---|---|
| | Fairhaven, MA 02719<br>02719 | | |
| 10-12911 -jnf<br>19365346 | STEPHEN M. MCCARTHY<br>17 PLYMOUTH ST<br>CANTON, MA 02021<br>02021 | 150.00 | 09/09/2014 |
| 10-18912 -wch<br>17687770 | Eliot Levin and Eric Levin<br>d/b/a Cape Cod Welding<br>8 Buskirk Way<br>Sandwich, MA 02563<br>02563 | 0.08 | 09/09/2014 |
| 10-19772 -jnf<br>17885550 | Fmci Mass Market<br>PO BOX 3243<br>Bloomington, IL 61702-3243<br>61702-3243 | 66.23 | 09/09/2014 |
| 11-11208 -wch<br>17932233 | FW Webb Co<br>160 Middlesex Turnpike<br>Bedford, MA 01730<br>01730 | 399.19 | 09/09/2014 |
| 11-12901 -fjb<br>17996326 | South Dayton Acute Care Consul<br>PO Box 713174<br>Columbus, OH 43271<br>43271 | 0.21 | 09/09/2014 |
| 13-15810 -wch<br>19365347 | ROBERT R HAYES<br>5 JODY LANE<br>FORESTDALE, MA 02644<br>02644 | 931.00 | 09/09/2014 |
| 14-10449 -jnf<br>19365348 | BRYAN S GONZALES<br>10 SUMMER ST, UNIT 1107<br>MALDEN, MA 02148<br>02148 | 150.00 | 09/09/2014 |

**Grand Total: 2,497.94**